NUMBER 13-03-193-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
BAY CITY VENTURES, INC.,                                              Appellant,

v.

KEVIN A. WILLIAMS, M.D.,                                                 Appellee.
____________________________________________________________________

On appeal from the 130th District Court of Matagorda County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Castillo
Opinion Per Curiam

         Appellant, BAY CITY VENTURES, INC., perfected an appeal from a judgment
entered by the 130th District Court of Matagorda County, Texas, in cause number 02-E-0161C. After the record and briefs were filed, the parties filed a joint motion to
dismiss the appeal. In the motion, the parties state that all matters in controversy
have been settled. The parties request that this Court dismiss the appeal.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 6th day of May, 2004.